ACCEPTED
03-15-00291-CR
6398582
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/7/2015 9:58:59 AM
JEFFREY D. KYLE
CLERK

## NO.   03-15-00291-CR

| | | |
|---|---|---|
| **ANTONY J. MORALES** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **THIRD DISTRICT** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/7/2015 9:58:59 AM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes ANTONY J. MORALES, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 340TH Judicial District Court of TOM GREEN County, Texas.

3. The case below was styled the STATE OF TEXAS vs. ANTONY J. MORALES, and numbered C-15-0098-SB.

4. Appellant was convicted of Possession of Controlled Substance 1g-4g, third degree felony enhanced to second degree felony.

5. Appellant was assessed a sentence of Fifteen (15) years confinement in the Institutional Division of the Texas Department of Criminal Justice on April 28, 2015.

6. Notice of appeal was given on May 12, 2015.

7. The clerk's record was filed on June 25, 2015; the reporter's record was filed on July 21, 2015.

8. The appellant's brief is presently due on August 24, 2015.

9. Appellant requests an extension of time of 90 days from the present date, which would make the brief due on November 23, 2015.

10. No extension to file the brief has been received in this cause.

11. Defendant is currently incarcerated.

12. Appellant relies on the following facts as good cause for the requested extension:

Counsel for the Appellant is a member of the firm Ellis & Mock, PLLC. Subsequent to receiving the appointment of representation in this matter, Counsel relocated to Oklahoma with her family. Counsel intended to satisfy her obligations as appellate counsel in several cases and return to the San Angelo, Texas area as needed for hearings and appearances on other matters. Counsel's business partner, Justin S. Mock, would remain in the San Angelo office and focus his attentions on matters pending in the trial courts.

On July 21, 2015, Counsel's business partner, Justin S. Mock, passed away unexpectedly. At this time, Counsel is commuting between Oklahoma and San Angelo in an effort to close Ellis & Mock, PLLC. With the additional and

unexpected task of resolving all cases and files, Counsel will have insufficient time to devote to the representation of Appellant on appeal.

Counsel requests additional time to request that new appellate counsel be appointed by the trial court to represent Appellant, and to permit new counsel sufficient time to review the record and prepare Appellant's brief. Counsel believes that a ninety (90) day extension would provide sufficient time.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Ellis & Mock, PLLC
125 South Irving Street
San Angelo, Texas 76903
Tel: (325) 486-9800
Fax: (325) 482-0565


By: /s/ Kelly J. Workman-Ellis
    KELLY J. WORKMAN-ELLIS
    State Bar No. 24051547
    Attorney for ANTHONY J. MORALES

## CERTIFICATE OF CONFERENCE

This is to certify that on August 7, 2015, my staff conferred with Mr. J. Bryan Clayton, Assistant District Attorney, District Attorney's Office, Tom Green County, regarding this request and he is not opposed.

/s/Kelly J. Workman-Ellis

KELLY J. WORKMAN-ELLIS

## CERTIFICATE OF SERVICE

This is to certify that on August 7, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Tom Green County, Mr. J. Bryan Clayton, by electronic mail.

/s/ Kelly J. Workman-Ellis

KELLY J. WORKMAN-ELLIS

| STATE OF TEXAS | § |
| | § |
| COUNTY OF TOM GREEN | § |

# AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared JUSTIN S. MOCK, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

/s/ Justin S. Mock
JUSTIN S. MOCK
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on January 8, 2015, , to certify which witness my hand and seal of office.

/s/ Linda Robles
Notary Public, State of Texas